# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE THOMPSON, | ) | CASE NO. 1:19-cv-58 |
| PETITIONER, | ) | JUDGE SARA LIOI |
| vs. | ) | JUDGMENT ENTRY |
| WARDEN CHARMAINE BRACY, | ) | |
| RESPONDENT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, petitioner Lonnie Thompson's petition for habeas relief pursuant to 28 U.S.C. § 2254 is denied. Further, the Court certifies that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

Dated: March 7, 2022

_____
**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**