# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE THOMPSON, | ) | CASE NO. 1:19-cv-58 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| WARDEN CHARMAINE BRACY, | ) | |
| RESPONDENT. | ) | |

On January 14, 2022, the magistrate judge issued a report and recommendation ("R&R") recommending that petitioner Lonnie Thompson's ("Thompson") petition for habeas relief pursuant to 28 U.S.C. § 2254 be denied and dismissed in its entirety. (Doc. No. 29.) Thompson sought an extension of time to file objections to the R&R, and the Court granted Thompson an extension of time until March 1, 2022. (*See* Doc. No. 30 and Order [non-document] entered February 1, 2022.)

The Court allowed the traditional time of three days in the mail to receive any objections, and then three more days. On March 7, 2022, after asking the Clerk's office to check the daily mail, no objection had been received from Thompson and the Court entered an order and judgment entry adopting the R&R and dismissing the petition. (*See* Doc. Nos. 31, 32.) Subsequently, objections to the R&R were received from Thompson and he filed a notice establishing that he had deposited his objections in the prison mailbox on or before March 1, 2022. (*See* Doc. Nos. 33, 34.)

Thompson asks this Court to consider his objections timely filed in that he has shown good faith in attempting to meet the Court's filing deadline. (*See* Doc. No. 33.) Given that Thompson deposited his objections with the prison mailbox on or before March 1, 2022, notwithstanding the delayed delivery to the Clerk, the Court will consider Thompson's objection to be timely filed.

Accordingly, the Court's opinion (Doc. No. 31) and judgment entry (Doc. No. 32) are hereby VACATED. The Clerk is directed to REOPEN this case so that the Court may issue its disposition of Thompson's objections.

**IT IS SO ORDERED**.

Dated: March 29, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**