# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE THOMPSON, | ) | CASE NO. 1:19-cv-58 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| WARDEN CHARMAINE BRACY, | ) | |
| | ) | |
| RESPONDENT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order, petitioner Lonnie Thompson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied and dismissed in its entirety. Further, the Court certifies that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). This case is closed.

**IT IS SO ORDERED**.

Dated: March 29, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**